THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Calvin Bernard Hankins,
 S.C.D.C. No. 241248, Appellant,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Darlington County
 Paul M. Burch, Circuit Court Judge
Unpublished Opinion No. 2008-UP-702
Submitted December 1, 2008  Filed
 December 15, 2008    
AFFIRMED

 
 
 
 Calvin
 Hankins, pro se, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Karen C. Ratigan, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  In 1994, Calvin Bernard Hankins pled guilty to voluntary
 manslaughter and was sentenced to twenty-five years imprisonment.  Hankins
 appeals the circuit courts dismissal of his petition for a writ of habeas
 corpus, arguing his petition should be treated as a petition for
 post-conviction relief and should be considered timely filed.  However, this
 issue is not preserved for our review because it was never raised to the trial
 court.  In re Michael H., 360 S.C. 540, 546, 602 S.E.2d 729, 732 (2004) (An
 issue may not be raised for the first time on appeal.  In order to preserve an
 issue for appeal, it must be raised to and ruled upon by the trial court.).  Furthermore,
 we note that Hankins underlying claim is that the Department of Corrections
 has calculated his sentence incorrectly.  This Court has reviewed the merits of
 that claim in a separate opinion issued today, which stems from Hankins
 administrative appeal.  
AFFIRMED.
HEARN,
 C.J., KONDUROS, J., and GOOLSBY, A.J., concur.